# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-20-00614-CV

---

### In re Genavie-Melissa Hajyounes, individually and as next friend for V. S. & J. S., minor children

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relator Genavie-Melissa Hajyounes has filed documents in this Court that, based on the relief requested, we construe as a petition for writ of mandamus and a motion for emergency relief. *See Surgitek, Bristol-Myers Corp. v. Abel*, 997 S.W.2d 598, 601 (Tex. 1999) (explaining courts look to substance of pleading rather than its caption or form to determine its nature). The petition for writ of mandamus and motion for emergency relief are denied. *See* Tex. R. App. P. 52.8(a).

_____

Edward Smith, Justice

Before Justices Goodwin, Baker, and Smith

Filed: January 15, 2021